# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                       12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................   $   **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................   $   **11,515,880.38**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................   $   **11,515,880.38**

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $   **3,766,185.80**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $   **1,667,508.48**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$   **1,682,696.83**

4. **Total liabilities** ....................................................................................................................   $   **7,116,391.11**
   Lines 2 + 3a + 3b